No. D–1429. IN RE DISBARMENT OF BERNARD. It is ordered that Donald Ray Bernard, of Seabrook, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1430. IN RE DISBARMENT OF FIELD. It is ordered that Carl M. Field, of Cedarhurst, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1431. IN RE DISBARMENT OF SCHMIEDER. It is ordered that Robert W. Schmieder, of Belleville, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1432. IN RE DISBARMENT OF THOMPSON. It is ordered that Bruce A. Thompson, of Fair Haven, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1433. IN RE DISBARMENT OF CORCES. It is ordered that Charles B. Corces, of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–2038. ASGROW SEED CO. v. WINTERBOER ET AL., DBA DEEBEES. C. A. Fed. Cir. [Certiorari granted, 511 U. S. 1029.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–1543. MCKENNON v. NASHVILLE BANNER PUBLISHING CO. C. A. 6th Cir. [Certiorari granted, 511 U. S. 1106.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–1340. UNITED STATES v. MEZZANATTO. C. A. 9th Cir. [Certiorari granted, 511 U. S. 1029.] Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted.